U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DEC 2 0 2023

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

TOMMIE L. HANEY, QUO VADIS
LEWIS, EDWIN LEWIS, SAMUEL A.
TEAGUE, CRAIG C. GATES, TROY A.
OLSEN, TEALA L. KUMBERA,
SHANDEL L. MOHR, AND
SHELBY GUTCH,

Defendants.

SEALED INDICTMENT

Case No. _____
23-cr-123-wmc

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 2
18 U.S.C. § 922(g)
18 U.S.C. § 924(c)

---

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

1.      From on or about August 26, 2021, to on or about June 28, 2023, in the

Western District of Wisconsin and elsewhere, the defendants,

TOMMIE L. HANEY, QUO VADIS LEWIS, EDWIN LEWIS, SAMUEL A. TEAGUE,
CRAIG C. GATES, TROY A. OLSEN, TEALA L. KUMBERA,
SHANDEL L. MOHR, AND SHELBY GUTCH,

knowingly and intentionally conspired with each other, and with others known and

unknown to the grand jury, to distribute, and to possess with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, and a

mixture or substance containing a detectable amount of cocaine, both Schedule II

controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2.      With respect to TOMMIE L. HANEY, QUO VADIS LEWIS, and EDWIN LEWIS, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

3.      With respect to TOMMIE L. HANEY, QUO VADIS LEWIS, SAMUEL A. TEAGUE, and CRAIG C. GATES, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them was 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

(All in violation of Title 21, United States Code, Section 846).

### COUNT 2

On or about February 24, 2022, in the Western District of Wisconsin, the defendant,

TOMMIE L. HANEY,

knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 3

On or about March 15, 2022, in the Western District of Wisconsin, the defendants,

QUO VADIS LEWIS and EDWIN LEWIS,

knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846, &

Title 18, United States Code, Section 2).

## COUNT 4

On or about January 19, 2023, in the Western District of Wisconsin, the defendant,

TOMMIE L. HANEY,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 5

On or about March 16, 2023, in the Western District of Wisconsin, the defendant,

TOMMIE L. HANEY,

knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 6

On or about May 9, 2023, in the Western District of Wisconsin, the defendant,

SAMUEL A. TEAGUE,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 7

On or about May 11, 2023, in the Western District of Wisconsin, the defendant,

TROY A. OLSEN,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 8

On or about June 6, 2023, in the Western District of Wisconsin, the defendant,

TROY A. OLSEN,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 9

On or about June 25, 2023, in the Western District of Wisconsin, the defendant,

TROY A. OLSEN,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 10

On or about June 28, 2023, in the Western District of Wisconsin, the defendant,

QUO VADIS LEWIS,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 11

On or about June 28, 2023, in the Western District of Wisconsin, the defendant,

QUO VADIS LEWIS,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Glock 23 .40 caliber handgun, a Taurus 9mm handgun, and a Fabrinor .40 caliber handgun, said firearms having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT 12

On or about June 28, 2023, in the Western District of Wisconsin, the defendant,

QUO VADIS LEWIS,

knowingly and unlawfully possessed a loaded Glock 23 .40 caliber handgun, a loaded Taurus 9mm handgun, and a Llama .40 caliber handgun in furtherance of a drug trafficking crime, specifically, possession with intent to distribute a mixture or substance containing a detectable amount of cocaine as alleged in Count 10 of this indictment.

(In violation of Title 18, United States Code, Section 924(c)).

## COUNT 13

On or about June 28, 2023, in the Western District of Wisconsin, the defendant,

CRAIG C. GATES,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 14

On or about June 28, 2023, in the Western District of Wisconsin, the defendant,

CRAIG C. GATES,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Ruger 9mm handgun, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT 15

On or about June 28, 2023, in the Western District of Wisconsin, the defendant,

CRAIG C. GATES,

knowingly and unlawfully possessed a loaded Ruger 9mm handgun in furtherance of a drug trafficking crime, specifically, possession with intent to distribute a mixture or substance containing a detectable amount of cocaine as alleged in Count 13 of this indictment.

6

(In violation of Title 18, United States Code, Section 924(c)).

<u>FORFEITURE ALLEGATIONS</u>

1.      As result of the offense charged in Count 1 of the indictment, the

defendants,

TOMMIE L. HANEY, QUO VADIS LEWIS, EDWIN LEWIS, SAMUEL A. TEAGUE,
CRAIG C. GATES, TROY A. OLSEN, TEALA L. KUMBERA,
SHANDEL L. MOHR, AND SHELBY GUTCH,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a),

all right, title, and interest in any property constituting and derived from any proceeds,

the defendant obtained directly or indirectly, as a result of said violation, and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate

the commission of the said violation, including but not limited to the following

property:

    a. $5,004 in U.S. currency,
    b. 49 pairs of sneakers,
    c. 40 pairs of sneakers,
    d. Four Armani Forged 5710-Johnny Brushed 28" rims fitted with
       Fullway HP 108 275/25ZR28 102W XL tires, and
    e. $11,433.13 in U.S. currency.

2.      Upon conviction of the offenses in violation of Title 18, United States

Code, Sections 922(g)(1) and 924(c) set forth in Counts 11 and 12 of this indictment, the

defendant,

QUO VADIS LEWIS,

7

shall forfeit to the United States pursuant to Title 18, United States Code, Section

924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in the commission of the offense, including, but not limited to:

     a.  Glock 23 .40 caliber handgun,
     b.  Taurus 9mm handgun,
     c.  Llama .40 caliber handgun,
     d.  .40 caliber ammunition, and
     e.  9mm ammunition.

3.    Upon conviction of the offenses in violation of Title 18, United States

Code, Sections 922(g)(1) and 924(c) set forth in Counts 14 and 15 of this indictment, the

defendant,

CRAIG C. GATES,

shall forfeit to the United States pursuant to Title 18, United States Code, Section

924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in the commission of the offense, including, but not limited to:

     a.  Ruger 9mm handgun and
     b.  9mm ammunition.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 12-20-2023

_____
TIMOTHY M. O'SHEA
United States Attorney