IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

           Plaintiff,

   v.                                    Case No. 23-cr-123-wmc

TOMMIE L. HANEY,

           Defendant.

---

ORDER GRANTING UNITED STATES' MOTION TO DISMISS CERTAIN
PROPERTY FROM FORFEITURE ALLEGATION OF INDICTMENT

---

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

    1.    The indictment contained forfeiture allegations including but not limited to, the following assets: the $5,004.00 in U.S. currency, the 40 pairs of sneakers, the four Armani forged 5710-Johnny brushed 28" rims fitted with Fullway HP 108 175/25ZR28 102W XL tires, the $11,443.13 in U.S. currency, the Glock 23 .40 caliber handgun, the Taurus 9mm handgun, the Llama .40 caliber handgun, the .40 caliber ammunition, and the 9mm ammunition. ECF. No. 10.

    2.    On April 17, 2024, the Federal Bureau of Investigation (FBI) executed a Declaration of Administrative Forfeiture for the forfeiture of the 40 pairs of sneakers (Asset Id. 23-FBI-006171). See Exhibit 1, the Declaration of Administrative Forfeiture.

3.      On April 17, 2024, the FBI executed a Declaration of Administrative Forfeiture for forfeiture of the four Armani forged 5710-Johnny brushed 28" rims fitted with Fullway HP 108 175/25ZR28 102W XL tires (Asset Id. 23-FBI-006821). See Exhibit 2, the Declaration of Administrative Forfeiture.

4.      On April 17, 2024, the FBI executed a Declaration of Administrative Forfeiture for the forfeiture of the $11,443.13 in U.S. currency (Asset Id. 23-FBI-006170). See Exhibit 3, the Declaration of Administrative Forfeiture.

5.      On May 3, 2024, the FBI executed a Declaration of Administrative Forfeiture for the forfeiture of the $5,004.00 in U.S. currency (Asset Id. 23-FBI-005331). See Exhibit 4, the Declaration of Administrative Forfeiture.

6.      On or about December 31, 2024, Quo Vados Lewis signed a Waiver of Ownership of Property for the abandonment of the Glock 23 .40 caliber handgun, the Taurus 9mm handgun, the Llama .40 caliber handgun, the .40 caliber ammunition, and the 9mm ammunition (23-FBI-009433). See Exhibit 5, the Waiver of Ownership of Property.

IT IS THEREFORE ORDERED:

Based on the United States' motion to dismiss certain property, the Court hereby GRANTS the motion and orders the forfeiture allegation dismissed, without prejudice, of the following assets: the $5,004.00 in U.S. currency, the 40 pairs of sneakers, the four Armani forged 5710-Johnny brushed 28" rims fitted with Fullway HP 108 175/25ZR28 102W XL tires, the $11,443.13 in U.S. currency, the Glock 23 .40 caliber handgun, the

Taurus 9mm handgun, the Llama .40 caliber handgun, the .40 caliber ammunition, and the 9mm ammunition.

Date this 25th day of February 2025.

WILLIAM M. CONLEY
United States District Judge